

**NUMBER 13-11-00289-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

JOHNNY PARTAIN,                                                                 Appellant,

v.

JAMES H. MAPLES,                                                                 Appellee.

---

**On appeal from the County Court at Law No. 1
of Hidalgo County, Texas.**

---

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Benavides
Memorandum Opinion Per Curiam**

Appellant, Johnny Partain, perfected an appeal from a judgment entered by the

County Court at Law No. 1 of Hidalgo County, Texas, in cause number CL-29,530-A.   On

September 7, 2011, the appeal was abated and remanded for the trial court to determine

whether it intended the judgment to completely dispose of all claims and all parties.   This

appeal is hereby REINSTATED. The parties have filed a joint motion to dismiss and request that this Court dismiss the appeal.

The Court, having considered the documents on file and the joint motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
5th day of January, 2012.